*Wednesday, February 19, 1997*

## MOTION DOCKET

95–2591.   **Sharon Village Ltd. v. Licking Cty. Bd. of Revision.**
Board of Tax Appeals, No. 94–M–1214. This cause is pending before the court as an appeal from the

Board of Tax Appeals. Upon consideration of the *amicus curiae* motion to participate in oral argument scheduled for February 19, 1997,

IT IS ORDERED by the court that counsel for Franklin County Auditor, the Ohio State Bar Association, and the Ohio County Auditor's Association may present argument within the time allotted to appellees pursuant to S.Ct. Prac.R. IX(5).